█ LESLIE MARCANO et al., Plaintiffs, v U-HAUL CO. OF VIRGINIA et al., Defendants. ARTHUR J. GROSSHANDLER, Nonparty Petitioner-Appellant, v TIGER & DAGUANNO, L.L.P., Nonparty Respondent-Respondent. [918 NYS2d 340]—

The referee's findings are supported by the record (*see Baker v Kohler*, 28 AD3d 375, 375-376 [2006], *lv denied* 7 NY3d 885 [2006]). Plaintiff's subjective satisfaction speaks to the relative quality of the attorneys' services, a relevant factor in apportioning the fee (*see Diakrousis v Maganga*, 61 AD3d 469 [2009]). The record establishes that appellant's contributions were duly considered by the referee and the court.

We have considered appellant's remaining contentions and find them unavailing. Concur—Tom, J.P., Sweeny, Renwick, Freedman and Manzanet-Daniels, JJ.